**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 96-30933
_____


METAL SALES MANUFACTURING CORP, USA, for the
use and benefit of
        Plaintiff - Counter-Defendant - Appellee

VERSUS

ACADIAN BUILDERS OF GONZALES INC
        Defendant  -  Counter-Claimant  -  Cross-
        Defendant - Appellant
AMERICAN BONDING COMPANY
        Defendant - Cross-Claimant - Appellant.

Appeals from the United States District Court
        for the Western District of Texas
                (94-CV-614)

September 25, 1997

Before    GIBSON[1], JOLLY and, EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[2]

    We have reviewed the briefs of the parties and the record on

appeal and find that the magistrate judge did not clearly err in

allocating damages stemming from the Fort Polk Project.

    Acadian Builders seeks additional damages alleging that Metal

---

    [1]    Circuit  Judge  for the Eighth Circuit, sitting by
designation.

    [2]    Pursuant to 5th Cir. R. 47.5, the Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.

Sales' failure to timely deliver materials it was contractually obligated to deliver to the Fort Polk Project caused it damage far greater than that allotted by the magistrate judge. Acadian contends that the magistrate judge imposed too strenuous a burden upon Acadian Builders. *See Austin v. Parker*, 672 F.2d 508, 521 (5th Cir. 1982). We disagree. The magistrate judge merely made credibility choices on conflicting evidence. "Our reading of the Louisiana cases convinced us that [Acadian Builders could have] recover[ed] for [additional] amounts spent to complete the work in excess of the contract price so long as [it had] prove[d] them to the court's satisfaction." *Id.* at 522. It did not.

Accordingly, we AFFIRM.